Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-12-00272-CV

**IN RE** Steven L. **AMIS, Relator**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  May 23, 2012

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On May 2, 2012, Relator Steven L. Amis filed a petition for writ of mandamus complaining that the District Clerk of Bexar County has failed to properly file documents requested by the relator. We conclude this court does not have jurisdiction to grant the requested relief.

By statute, this court may only exercise our habeas jurisdiction when confinement results from the violation of an order, judgment, or decree previously made in a civil case. *See* TEX. GOV'T CODE ANN. § 22.022 (e) (West Supp. 2011). Because the petition for writ of mandamus is directed toward the Bexar Court District Clerk and not a district or county court judge, and does not challenge an order entered in a specific underlying proceeding, the writ is not necessary to

---

[1] This original proceeding stems from Bexar County, but does not challenge an order entered in a specific underlying proceeding pending in an identifiable court.

enforce this court's jurisdiction. *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH